```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MALEK HARRISON,                                                      JUDGMENT
                                                                     14-CV-01296 (LDH)(AKT)
                        Plaintiff,
        -against-

STATE OF NEW YORK, COUNTY OF NASSAU,
NASSAU COUNTY POLICE DEPT., NASSAU
COUNTY DETECTIVE RONALD RISPOLI,
NASSAU COUNTY DETECTIVE ANTHONY
DICAPRIO, NASSAU COUNTY DETECTIVE
JEFFREY S. MARSHALL, NASSAU COUNTY
OFFICE OF THE DISTRICT ATTORNEY,
JHOUNELLE CUNNINGHAM, ASSISTANT
DISTRICT ATTORNEY, THE TJX COMPANIES,
INC., NILS RENNER, TJX MARMAXX, NATIONAL
TASKFORCE INVESTIGATOR, CHRISTINE
GRIMAUDO, MARSHALLS CASHIER, US SECRET
SERVICE, US SECRET SERVICE AGENT JOSEPH
GERBINO, GEOFFREY PRIME, ATTORNEY, THE
LAW OFFICE OF ELLIOT SCHLISSEL,

                        Defendants.
----------------------------------------------------------------X
```

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 29, 2021, granting Defendants' motion for summary judgment; and dismissing the complaint in its entirety; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York                                   Douglas C. Palmer
      March 30, 2021                                           Clerk of Court

                                                         by:    */s/ Jalitza Poveda*
                                                                 Deputy Clerk